FILED - GR
February 20, 2024 12:56 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB/2/20

To Clerk of Court

R.E. United States vs Kaleb Franks
Case number 1:20-cr-183

Plese Send me a copy of my Dochet sheet I need this for my Post-conviction effort

Sincerly
Kaleb Franks 11804509
FCI Terre Haute
P.O. Box 33
Terre Haute IN 47808

Kaleb Franks 11804-509
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
16 FEB 2024 PM 6 L



office of the clerk
Gerald R Ford Federal Building
110 Michigan Street N.W. Room 399
Grand Rapids, MI 49503

49503-231799

Gerald R Ford Federal Building
110 Michigan St. N.W. Room 399
Grand Rapids, MI 49503

 

Kaleb Franks 11804509
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808